## THIRD DEPARTMENT, AUGUST, 1975

### (August 7, 1975)

■ SCHENECTADY URBAN RENEWAL AGENCY, Respondent, v EARL M. BUCCI et al., Appellants.—Motion to dismiss appeal denied, without costs (CPLR 5701, subd [a], par 2, cl [v]; see *Central Hudson Gas & Elec. Co. v Newman,* 35 AD2d 989). Greenblott, J. P., Kane, Main, Larkin and Reynolds, JJ., concur.

■ In the Matter of MICHAEL BEARD et al., Petitioners, v PAUL J. REGAN, as Chairman of the New York State Board of Parole, Respondent.—Motion for permission to appeal denied, as unnecessary, without costs. The order sought to be appealed is appealable as of right (CPLR 5701, subd [a], par 1). Herlihy, P. J., Greenblott, Sweeney, Kane and Larkin, JJ., concur.

### (August 14, 1975)

■ JAMES A. SANDERSON, Individually and on Behalf of All Owners of Real Property in the Village of Lansing, Petitioner, v ROBERT E. FISCHER, as Justice of the Supreme Court of the State of New York, et al., Respondents. —Application, pursuant to CPLR article 78 denied and petition dated June 19, 1975 dismissed, without costs. Sweeney, J. P., Kane, Main, Larkin and Reynolds, JJ., concur.